CLEAVELAND v. THE CHICAGO & N. W. R. R. Co.

Railroad: LIABILITY FOR STOCK KILLED. In order to justify a recovery against a railroad company for stock killed on its depot grounds, the negligence of the company or its officers must be established; and where the testimony certified fails to show such negligence, a judgment against the company will be reversed.

*Appeal from Story Circuit Court.*

THURSDAY, OCTOBER 23.

ACTION to recover the value of a colt killed by the defendant's engine and train on the depot ground at Colo station on the morning of September 26, 1868. The action was tried to a jury and resulted in a verdict and judgment for the plaintiff for $125. The defendant appeals.

*Henderson & Merriman* for the appellant.

*J. S. Frazier* for the appellee.

COLE, J. — No question is made upon the instructions or any ruling of the court. The single proposition is as to the sufficiency of the evidence to sustain the verdict of the jury. Since the colt was killed on the depot ground where the defendant had no right to fence, the plaintiff must show some negligence on the part of the defendant's agents in order to recover. There is no evidence of any negligence on the part of any one connected with the defendant's train at the time of the accident. The train was going west on its usual time and speed, and was passing the station without stopping, as was usual for that train. The colt, with five or six others, was standing at the east end of a park fence, and when the train was about eight or ten rods off and approaching them, they got upon the track and ran west in front of it, and one was struck and killed before it left the track, and without being seen by any one on the train. The evidence shows that from the time they got upon the track till the one was struck it was impossible to stop the train; and to have slackened the speed would not have saved the colt, and would have imperiled the lives of the passengers.

Reversed.